1066 SPARROW vs. COMMISSIONER OF THE STATE LAND OFFICE, 56 M., 567.

To compel respondent to reserve from sale certain designated swamp lands, appropriated to aid in improving the channel of a certain waterway, under Act No. 30, Laws of 1883.

Granted May 6, 1885.

1067 HEATHER ET AL. vs. COMMISSIONER STATE LAND OFFICE, 17 M., 259.

To compel respondent to issue a certificate of conveyance of certain lands in payment of the contract price for the construction of a certain road.

Denied July 13, 1868.

Held, that relators were not entitled to select lands which were not subject to entry at private sale.